940 A.2d 292

IN THE MATTER OF GREGORY P. ARMOTRADING,
AN ATTORNEY AT LAW.

February 6, 2008.

**ORDER**

The Disciplinary Review Board having filed with the Court its decision in DRB 07–240, concluding that as a matter of reciprocal discipline pursuant to *Rule* 1:20–14(a)(4), **GREGORY P. ARMO-TRADING of JACKSONVILLE, FLORIDA,** who was admitted to the bar of this State in 1995, should be suspended from the practice of law for a period of six months based on discipline imposed in Florida that in New Jersey constitutes violations of *RPC* 1.15 (improper release of escrow funds), *RPC* 1.15(a) (negligent misappropriation of funds and commingling), *RPC* 1.15(d) (failure to abide by recordkeeping rule) and *RPC* 8.1(b) (failure to cooperate with ethics authorities), and good cause appearing;

It is ORDERED that **GREGORY P. ARMOTRADING** is suspended from the practice of law for a period of six months and until the further Order of the Court, effective immediately; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.